UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BONNIE COOPER, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br> vs.<br><br>WAL-MART STORES, INC.,<br><br>      Defendant. | Civil Action No. 1:13-cv-05446-JBS-JS |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that Plaintiff Bonnie Cooper, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above action without prejudice.

Dated: December 9, 2013

                COHN LIFLAND PEARLMAN
                HERRMANN & KNOPF LLP

                By: *s/ Jeffrey W. Herrmann*
                Jeffrey W. Herrmann
                250 Pehle Avenue #401
                Saddle Brook, New Jersey 07663
                (201) 845-9600

                WOLF POPPER LLP
                Lester L. Levy
                Michele F. Raphael
                Matthew Insley-Pruitt
                845 Third Avenue
                New York, New York 10022
                (212) 759-4600

                *Counsel for Plaintiff*